IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROXANNE CROWELLE,<br>    **Plaintiff**<br><br>v.<br><br>CUMBERLAND-DAUPHIN-<br>HARRISBURG TRANSIT AUTHORITY<br>d/b/a CAPITAL AREA TRANSIT a/k/a<br>"CAT",<br>    **Defendant** | No. 1:22cv864<br><br>(Judge Munley) |

## ORDER

**AND NOW**, this 10th day of October 2024, for the reasons set forth in an accompanying memorandum, it is hereby ordered that the defendant's motion for summary judgment (Doc. 28) is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court